1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Judy Young and John Young

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C05-5435 (CRB)<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| JUDY YOUNG AND JOHN YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

-1-

Come now the Plaintiffs, **JUDY YOUNG and JOHN YOUNG** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009

ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Judy Young and John Young

DATED: ___Oct. 22___, 2009

DLA PIPER LLP (US)

By: ___/s/___
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **OCT 2 8 2009**

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE